

**PHONOMETRICS, INC.,**
Plaintiff–Appellant,

v.

**MARRIOTT INTERNATIONAL, INC.,** Host Marriott Corporation, Meditrust Corp. (formerly known as La Quinta Inns, Inc.), Wyndham Hotel Co., Ltd., Clubhouse Inns of America, Economy Inns of America, and Amfac Resorts, Defendants,

and

**Hyatt, Corp.,**

and

**Holiday Inns, Incorporated and Inter–Continental Hotels Corporation,**

and

**Best Western International, Inc., Trimark Hotel Corporation, and Trimark Hotel,**

and

**RHI Hotels, Inc.,**

and

**Cendant Corporation (formerly known as Hospitality Franchise Systems),**

and

**Benchmark Hospitality, Inc.,**

and

**Grosvenor Hotels Group and Fairmont Hotel Management Company,**

and

**Park Lane Hotels International,**

and

**Interstate Hotels, LLC,**

and

**Four Seasons Hotels, Limited,**

and

**Outrigger Lodging Services,**

and

**Forte Hotels, Inc., Defendant–Appellee.**

Nos. 02–1418, 02–1421, 02–1424, 02–1419, 02–1422, 02–1425, 02–1420, 02–1423, 02–1426, 02–1511.

United States Court of Appeals, Federal Circuit.

DECIDED: Sept. 11, 2003.

Before NEWMAN, MICHEL, and RADER, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36

